## AGREEMENT AND RELEASE ADDENDUM

**This Addendum ("Addendum") modifies only Paragraph 7 of the Agreement and Release ("Agreement")** between LUIS PINGUIL, SEGUNDO TACURI QUITO, JOSE LEMA, FAUSTO PERALTA, NEPTALI PERALTA, SEGUNDO CAMPOVERDE, EDISON VALLESO, JUAN MATUTE, ROLANDO RUIZ, BESSY MORALES, SULMA BETANCO, JOSE PELAEZ, and FELICIANO MARTINEZ **(hereinafter referred to as "Plaintiffs") and** WE ARE ALL FRANK, INC. d/b/a FRANK RESTAURANT, KITCHEN TABLE, INC. d/b/a FRANK RESTAURANT, JUST AN OVEN CORP. d/b/a LIL FRANKIE'S, and FRANK PRISINZANO, as an individual,, **(hereinafter collectively referred to as "Defendants"), fully executed on April 10, 2018 and filed with The Court on April 24, 2018, as follows:**

### 7. Releases

In consideration of the payments provided by Defendants as described in the Agreement, Plaintiffs, for themselves and their heirs, executors, administrators and his respective successors and assigns, HEREBY RELEASE AND FOREVER DISCHARGE, to the maximum extent permitted by law, Defendants, Defendants' insurers, their past and present contractors, officers, directors, attorneys, agents, representatives, employees, affiliates, partners, predecessors and successors in interest and assigns, **acting only in their capacity on behalf of Defendants**, from all or any manner of actions, causes and causes of action, suits, debts, obligations, damages, complaints, liabilities, losses, covenants, contracts, controversies, agreements, promises, and expenses (including attorneys' fees and costs), extents, executions, claims and demands whatsoever at law or in equity ("claims"), which were alleged in the Complaint bearing Docket No. 17-CV-2237, specifically including Federal Labor Standards Act and New York Labor Law, and its associated regulations concerning unpaid wages, record-keeping violations and failure to provide proper wage statements, which Plaintiffs ever had, now have, or which Plaintiffs hereafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever without limitation arising out of Plaintiffs' employment by Defendants, their termination thereof, and/or the negotiation and/or execution of this Agreement, or all claims referred to or identified in various correspondence to and between the parties leading up to this Agreement.

Defendants, for themselves and their heirs, executors, administrators and his respective successors and assigns, HEREBY RELEASE AND FOREVER DISCHARGE, to the maximum extent permitted by law, Plaintiffs and any assigns or agents of Plaintiffs, from any and all claims that did or could have arisen out of their employment with Defendants and all claims referred to or identified in various correspondence to and between the parties leading up to this Agreement.

SIGNED AND AGREED TO:

*[signature]*

Roman Avshalumov, Esq.
James O'Donnell, Esq.
Helen F. Dalton & Associates, P.C.
69-12 Austin Street
Forest Hills, New York
On behalf of Plaintiffs LUIS PINGUIL, SEGUNDO TACURI QUITO, JOSE LEMA, FAUSTO PERALTA, NEPTALI PERALTA, SEGUNDO CAMPOVERDE, EDISON VALLESO, JUAN MATUTE, ROLANDO RUIZ, BESSY MORALES, SULMA BETANCO, JOSE PELAEZ, and FELICIANO MARTINEZ

Date: June 5, 2018

*[signature]*

Steven A. Coploff, Esq.
Steinberg & Cavaliere, LLP
50 Main Street, 9th Floor
White Plains, New York 10606
On behalf of Defendants WE ARE ALL FRANK, INC. d/b/a FRANK RESTAURANT, KITCHEN TABLE, INC. d/b/a FRANK RESTAURANT, JUST AN OVEN CORP. d/b/a LIL FRANKIE'S, and FRANK PRISINZANO, as an individual

Date: June 5, 2018