## ALLOCATION OF SETTLEMENT FUNDS

| Option A: Defendants Pay $210,000.00 on or before September 15, 2018 | | |
|---|---|---|
| Settlement | $210,000.00 | |
| Court Approved Attorneys' Fees | $70,000.00 | |
| Net Settlement | $140,000.00 | |
| | | |
| **Plaintiff** | **Calculations** | **Amount to Be Received from Settlement** |
| Segundo Tacuri Quito | $48,255.55 | $8,500.00 |
| Edison Valleso | $40,625.22 | $7,500.00 |
| Fausto Peralta | $28,670.96 | $5,500.00 |
| Jose Lema | $159,750.40 | $22,000.00 |
| Juan Matute | $29,415.89 | $5,500.00 |
| Luis Pinguil | $67,298.20 | $14,000.00 |
| Neptali Peralta | $215,274.47 | $28,500.00 |
| Segundo Campoverde | $28,705.60 | $5,500.00 |
| Rolando Ruiz | $13,131.30 | $2,500.00 |
| Bessy Morales | $18,313.60 | $4,000.00 |
| Sulma Betanco | $29,164.60 | $5,500.00 |
| Jose Pelaez | $97,752.40 | $16,500.00 |
| Feliciano Martinez | $78,938.93 | $14,500.00 |
| | $855,297.12 | $140,000.00 |

| Option B: Defendants Pay $225,000.00 in 12 Monthly Installments | | |
|---|---|---|
| Settlement | $225,000.00 | |
| Court Approved Attorneys' Fees | $75,000.00 | |
| Net Settlement | $150,000.00 | |
| | | |
| **Plaintiff** | **Calculations** | **Amount to Be Received from Settlement** |
| Segundo Tacuri Quito | $48,255.55 | $9,000.00 |
| Edison Valleso | $40,625.22 | $8,200.00 |
| Fausto Peralta | $28,670.96 | $6,000.00 |
| Jose Lema | $159,750.40 | $23,300.00 |
| Juan Matute | $29,415.89 | $6,000.00 |
| Luis Pinguil | $67,298.20 | $15,000.00 |
| Neptali Peralta | $215,274.47 | $29,800.00 |
| Segundo Campoverde | $28,705.60 | $6,000.00 |
| Rolando Ruiz | $13,131.30 | $2,700.00 |
| Bessy Morales | $18,313.60 | $4,300.00 |
| Sulma Betanco | $29,164.60 | $6,000.00 |
| Jose Pelaez | $97,752.40 | $18,000.00 |
| Feliciano Martinez | $78,938.93 | $15,700.00 |
| | $855,297.12 | $150,000.00 |

| First Payment of $50,000.00 to be divided as follows: | | |
|---|---|---|
| **Plaintiff** | **Total to Be Received** | **First Payment Amount** |
| Segundo Tacuri Quito | $9,000.00 | $2,000.00 |
| Edison Valleso | $8,200.00 | $1,822.22 |
| Fausto Peralta | $6,000.00 | $1,333.33 |
| Jose Lema | $23,300.00 | $5,177.77 |
| Juan Matute | $6,000.00 | $1,333.33 |
| Luis Pinguil | $15,000.00 | $3,333.33 |
| Neptali Peralta | $29,800.00 | $6,622.22 |
| Segundo Campoverde | $6,000.00 | $1,333.33 |
| Rolando Ruiz | $2,700.00 | $600.00 |
| Bessy Morales | $4,300.00 | $955.60 |
| Sulma Betanco | $6,000.00 | $1,333.33 |
| Jose Pelaez | $18,000.00 | $4,000.00 |
| Feliciano Martinez | $15,700.00 | $3,488.88 |
| Helen F. Dalton & Associates | $75,000.00 | $16,666.66 |
|  | $225,000.00 | $50,000.00 |

| Each Payment of $14,583.33 to be divided as follows: | | |
|---|---|---|
| **Plaintiff** | **Remainder Owed After 1st Payment** | **Monthly Payment Amount** |
| Segundo Tacuri Quito | $7,000.00 | $583.33 |
| Edison Valleso | $6,377.78 | $531.48 |
| Fausto Peralta | $4,666.67 | $388.89 |
| Jose Lema | $18,122.23 | $1,510.19 |
| Juan Matute | $4,666.67 | $388.89 |
| Luis Pinguil | $11,666.67 | $972.22 |
| Neptali Peralta | $23,177.78 | $1,931.48 |
| Segundo Campoverde | $4,666.67 | $388.89 |
| Rolando Ruiz | $2,100.00 | $175.00 |
| Bessy Morales | $3,344.40 | $278.70 |
| Sulma Betanco | $4,666.67 | $388.89 |
| Jose Pelaez | $14,000.00 | $1,166.66 |
| Feliciano Martinez | $12,211.12 | $1,017.60 |
| Helen F. Dalton & Associates | $58,333.34 | $4,861.11 |
|  | $175,000.00 | $14,583.33 |